**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

In the matter of

**ROBERT J. BORCHERS**
**JENNIFER L. BORCHERS**

Debtor(s)

Case No. **09-53912**
Chapter 7

Judge **Charles M. Caldwell**

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of $3.76 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| American Express Bank FSB<br>c/o Becket and Lee LLLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | **6** | **$3.76** |
| Total Unclaimed/ Small Dividends $25.00 or under | | $3.76 |
| Total Unclaimed Dividends Over $25.00 | | $0.00 |

Dated: 9/15/2010

/s/ SUSAN L. RHIEL

Susan L. Rhiel

cc: U.S. Trustee